**[J-56-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CARMON ELLIOTT,            :    No. 29 MAP 2016

         Appellant         :

         v.                 :

TED CRUZ,                :

         Appellee          :

## ORDER

**PER CURIAM**                     **DECIDED: March 31, 2016**

AND NOW, this 31st day of March, 2016, the Order of the Commonwealth Court is hereby **AFFIRMED**. Victor Williams's *pro se* Notice to Intervene as Appellant is **DENIED**. Appellant's Application for Oral Argument is **DENIED**.